# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0977
_____

JOSEPH SMITH,

Appellant,

v.

CITY OF TALLAHASSEE and CITY
OF TALLAHASSEE,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Jacquelyn L. Newman, Judge.

Date of Accident: November 24, 2021.

November 17, 2025

PER CURIAM.

AFFIRMED.

LEWIS, RAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Randall T. Porcher of Morgan & Morgan, Tallahassee, for Appellant.

Mary E. Cruickshank and Christopher J. DuBois of DuBois & Cruickshank, P.A., Tallahassee, for Appellees.